UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00269-JCM-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LESEAN BRADDOCK, | |
| Defendant. | |

Before the Court is Defense Counsel' Ex Parte Motion to Withdraw as Counsel for Defendant (ECF No. 52). The Court has considered the Motion and finds good cause to grant the Motion.

Accordingly,

IT IS HEREBY ORDERED that Raquel Lazo's Sealed Ex Parte Motion to Withdraw as Counsel (ECF No. 52) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. If new counsel has any conflicts or issues in accepting this case, they are to promptly notify this Court so a hearing can be set. New counsel is to promptly contact the Federal Public Defenders Office to make all necessary arrangements to transfer the files and information to new counsel.

Dated this 19th day of May, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1