UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESEAN BRADDOCK and<br>BYRON PORTER,<br><br>Defendants. | Case No. 2:19-cr-00269-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendant Braddock's Motion for Appointment of Second Counsel. ECF No. 76. In his Motion, Defendant explains that his co-defendant will be entering a guilty plea and is likely to testify against Defendant at trial. This, along with other evidence likely to be introduced, creates difficulties with and challenges to preparing the defense for trial. Defendant argues that the interests of justice are best served through the appointment of a second chair to assist with trial preparation and the trial itself.

The Court is familiar with the underlying allegations in this case, the co-defendant's allegations, that Braddock's co-defendant has now entered a guilty plea, which was conditionally accepted, and the other evidence that may be presented. Based on Defendant's request and the Court's knowledge, the Court finds that the appointment of additional counsel is necessary and in the interests of justice.

Accordingly,

IT IS HEREBY ORDERED that Defendant Braddock's Motion for Appointment of Second Counsel (ECF No. 76) is GRANTED.

IT IS FURTHER ORDERED that that this matter shall be referred to the Federal Public Defendant's Office for appointment of appropriate CJA Panel counsel as additional counsel in this matter.

Dated this 22nd day of October, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE