UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff(s),<br><br>    v.<br><br>LESEAN ROGER DENNIS BRADDOCK, JR.,<br><br>                              Defendant(s). | Case No. 2:19-CR-269 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *USA v. Braddock Jr et al.*, case number 2:19-cr-00269-JCM-EJY-2.

On October 21, 2020, Porter pled guilty to counts one through seven of the indictment which include the offenses of (1) conspiracy to commit interference with commerce by robbery, (2) interference with commerce by robbery, and (3) brandishing of a firearm during and in relation to a crime of violence. (ECF No. 77). Sentencing is currently set for April 21, 2021. (ECF No. 88).

On December 10, 2020, Probation filed a petition for action on conditions of pretrial release, alleging that Porter violated numerous pretrial release conditions and requesting that a hearing be held to show cause why his pretrial release should not be revoked. (ECF No. 90).

The court held a final hearing on revocation of pretrial release on March 12, 2021. (ECF No. 104). The court assessed whether there are conditions that will assure Porter will not flee pending sentencing and will assure the safety of the community. After doing so, the court ordered Porter released from custody on the previously imposed conditions of pretrial release.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Porter be released from custody on the conditions of pretrial release as last modified and imposed by Magistrate Judge Elayna J. Youchah on December 11, 2019.  (ECF No. 44).

IT IS FURTHER ORDERED that the parties appear for a status hearing on Wednesday, March 24, 2021, at 10:00am.

DATED March 17, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**