CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
DANIEL CLARKSON
BRIAN Y. WHANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Clarkson@usdoj.gov
Brian.Whang@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00269-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING EFFECT ON INTERSTATE COMMERCE** |
| LESEAN BRADDOCK, | |
| Defendant. | |

The United States, by and through the undersigned, and defendant Lesean Braddock, by and through counsel Jess Marchese, Esq., the parties in the above-captioned matter, do hereby stipulate as follows:

1. The Terrible's convenience store located at 2353 East Warm Springs Road in Las Vegas, Nevada; the Circle K store located at 1777 East Warm Springs Road in Las Vegas, Nevada; and the GameStop store located at 2631 Windmill Parkway in Henderson, Nevada, all conduct business that affects interstate commerce.

2. The alleged robberies that are the subject of this trial that occurred at the aforementioned Terrible's store on or about September 6, 2019; at the

1

aforementioned Circle K store on or about September 8, 2019; and aforementioned GameStop store on or about September 9, 2019, affected interstate commerce.

Dated this 23rd day of August, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

_____
BRIAN Y. WHANG
DANIEL CLARKSON
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

_____
JESS MARCHESE
ADAM GILL
Counsel for LESEAN BRADDOCK

IT IS SO ORDERED August 24, 2021.

_____
UNITED STATES DISTRICT JUDGE

2