JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 960-4084.
marcheselaw@msn.com
Attorney for Defendant – LESEAN BRADDOCK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-CR-269-JCM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| LESEAN BRADDOCK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant LESEAN BRADDOCK and BRIAN WHANG, Assistant United States Attorney, that sentencing currently scheduled for December 3, 2021 at 10:00 a.m., be vacated and reset to a date convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

-1-

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing of a date convenient to the court.

This is the first request for continuance filed herein.

DATED: December 1, 2021,

/S/Jess Marchese
JESS R MARCHESE, ESQ.
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101
Attorney for Defendant

/S/Brian Whang
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd South #1100
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 960-4084
marcheselaw@msn.com
Attorney for Defendant- LESEAN BRADDOCK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-CR-269-JCM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LESEAN BRADDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to a date convenient to the court.

This is the first request for continuance filed herein.

## ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for December 3, 2021, at 10:00 a.m., be continued to the <u>10th</u> day of <u>December</u>, 2021 at 11:00 a.m. by video conference.

DATED December 1, 2021.

_____
**U.S. DISTRICT JUDGE**