UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>LESEAN ROGER DENNIS BRADDOCK, JR.,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:19-CR-269 JCM (EJY)<br><br>ORDER |

　　　　Defendant Lesean Braddock, Jr. was convicted by a jury in 2021 for one count of conspiracy to commit interference with commerce by robbery, two counts of interference with commerce by robbery, one count of attempted interference with commerce by robbery, and three counts of use of a firearm during and in relation to a crime of violence. (ECF No. 147). This court sentenced him on January 5, 2022. (ECF No. 171). Braddock appealed his conviction. (ECF No. 172).

　　　　On March 17, 2023, the Ninth Circuit issued a mandate affirming all but three of Braddock's convictions. (ECF Nos. 190, 191). The circuit court vacated Braddock's convictions for use of a firearm during and in relation to a crime of violence (a violation of 18 U.S.C. § 924(c)) pursuant to the Supreme Court's decision in *United States v. Taylor*, 142 S. Ct. 2015 (2022). (ECF No. 190, at 5–6). The circuit court remanded the case for resentencing, consistent with *Taylor*. (*Id.* at 5).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the mandate be spread upon the records of this court.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that JESS MARCHESE is hereby appointed to represent the defendant, Lesean Braddock, Jr., for his resentencing.

IT IS FURTHER ORDERED that the parties must contact courtroom deputy Angela Reyes at angela_reyes@nvd.uscourts.gov to schedule a hearing to resentence the defendant.

IT IS FURTHER ORDERED that EACH party must file a resentencing memorandum with the court no later than SEVEN days before the scheduled resentencing.

DATED December 22, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**