UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESEAN BRADDOCK,<br><br>Defendant. | Case No. 2:19-cr-00269-JCM-EJY<br><br>**ORDER** |

On January 24, 2024, the Court entered an Order regarding circumstances almost identical to the ones presently before the Court. That is, Defendant, who is represented by counsel, filed a motion seeking to dismiss his counsel. *See* ECF No. 200. The Court explained Defendant's *pro se* motion seeking to terminate his relationship with Jesse Marchese would not be accepted for filing as Local Rule IA 11-6(a) makes clear that "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."

For these same reasons, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Counsel (ECF No. 203) is stricken.

IT IS FURTHER ORDERED that **no later than April 8, 2024 defense counsel must** file a report with the Court advising whether he intends to move to withdraw from this case.

Dated this 1st day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE